ORIGINAL COPY Court/Clerk

COPY
10-TIMES
Ech Page

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**

Mr. Lamont G. Thomas

**DOCKETED**
MAY 1 7 2004

MAY 1 7 2004

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Case No: **04C 3443**
(To be supplied by the Clerk of this Court)

1. City of Aurora, IL.
2. County of Kane, IL
3. Chief, Lawler
4. Officer, Hester
5. Officer, Beikwiskie
6. Officer, McCleary
7. Civilian, Mark Anderson

**JUDGE KENNELLY,**

**MAGISTRATE JUDGE ASHMAN**

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

___ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331(a) U.S. Code (federal defendants)

___ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Revised 4/01

1

I. **Plaintiff(s):**

   A. Name: MR. Lamont G. Thomas

   B. List all aliases: NONE

   C. Prisoner identification number: N/A

   D. Place of present confinement: Kane Co. Adult Complex/Jail

   E. Address: 777 E. Fabyan Pkwy, Geneva, IL. 60134
      — Pre-trial Detainee —

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: City of Aurora, IL.
      Title: Local Government, Entity - city
      Place of Employment: Aurora, IL. 44 E. Downer Place, Aurora, IL. 60507

   B. Defendant: County of Kane, IL.
      Title: Local Government, Entity - County
      Place of Employment: Batavia, IL.

   C. Defendant: Officer Hester
      Title: Aurora Police, Patrol Officer
      Place of Employment: Aurora Police Dept. 350 N River St, Aurora, IL. 60507

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

II. (cont...) p. 2 ½

D.

Defendant: Officer, "BEIKWISKIE"
Title: Aurora Police, Patrol Officer
Place of Employment: 350 N. River St. Aurora, IL, 60507

E.

Defendant: Officer, "McCLEARLY"
Title: Aurora Police Patrol Officer
Place of Employment: 350 N. River St. Aurora, IL, 60507

F. Defendant: Civilian, "MARK ANDERSON"
Title: City of Aurora Employee / Property Stresses Dept.
Place of Employment: City of Aurora City-Hall
44 E. Downer Place, Aurora, IL, 60507.

G. Defendant: "Mr. LAWLER",
Title: Chief of Police - -City of- Aurora, IL. Police Dept.
Place of Employment: 350 N. River St. Aurora, IL, 60507

2 ½

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (✓) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (✓) NO ( )

C. If your answer is YES:

1. What steps did you take?
I'VE CAUSED SEVERAL GRIEVANCES/COMPLAINTS TO BE SERVED ON/OR MAILED TO THE ① CITY OF AURORA, IL, KANE CO. ② STATES ATTORNEY, ③ CITY OF AURORA — POLICE DEPT. - 3-TIMES NOW —

2. What was the result?
# CITY OF AURORAS LEGAL DEPT. REP.) ATTENDED MY CRIMINAL COURTS PROCEEDINGS COMPLAINING ABOUT MY LAWFULLY SUBMITTED, SUBPOENAS FOR TANGABLES. NO OTHER REPLIES HAVE BEEN RECEIVED BY ME BY THEM.
# THE PROSECUTIONS CIVIL DIVISION ALSO APPEARED — ↑ ABOVE
AT MY CRIMINAL PROCEEDINGS IN A ATTEMPT TO STOP MY SUBPOENAS / TO PRESERVE

3. If the grievance was not resolved to your satisfaction, did you appeal? ①, 2-3.
What was the result (if there was no procedure for appeal, so state.) VIDEO TAPE PROOF.

I RE-ISSUED GRIEVANCES / COMPLAINTS TO THE ABOVE PARTIES 1, 2, + 3. COPIES OF SAME ARE AVAILIBLE FOR THIS COURTS REVIEWS. I ALSO CAUSED GRIEVANCES TO BE FILED BY/WITH THE CLERKS OFFICE WHO DISTRIBUTED COPIES TO PARTIES ABOVE. NO ACTIONS TAKEN BY ANYONE.

D. If your answer is NO, explain why not:

_____

_____

_____

P. 4

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If (there is) no<sup>A</sup> grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?

I Filed a citizens formal complaint, seeking criminal charges to be lodged by the state actors/replies. Auroras Police chief/office, damage control, liasons refuse to punish rouge cops.

2. What was the result? For 5 plus months no concise reply has been afforded me, only but current guess acknoulegements of my grievances/complaints.

COVER-UP DAMAGE CONTROL

ARE OF CLERKS RECORDS

H. If your answer is NO, explain why not: I fere for my safty while a pretrial detainee at Kane Co. Jail.

— Exhaustion of all/any remedies is on going —

Revised 4/01

4

— PAGE 5

IV. (List All Law-Suits)

A. Name case/docket no.: Lamont G. Thomas Vs. Kane Co. IL. 02 5179
B. Approx date of filing suit: Mid, 2002'
C. List all Plaintiffs: Lamont G. Thomas — only
D. List all Defendants: County of Kane / Sheriff Ramsey / Sgt. Curry Deputies — Hunger, Hue, Kelley, — Health Professionals LTD, Ms. Keller and Dr. K-Smith.
E. District Filed: Northern-District
F. Name of Judge: Kennelly
G. Claim Made: Police Misconduct / Personal Injurys.
H. Disposition: Pending
H. Approx Date of Disposition: Pending

A. Lamont G. Thomas Vs. City of Aurora, IL. / B. 1998 ?
C. Lamont G. Thomas — only / D. City of Aurora, Police Chief, Officers — Hester, Vogel, Long / E. Northern District
F. Kennelly ? / G. Due Process of Law Violations / Unlawfull Arrest-Search
H. Dismissed (without Prejudice) Filed suit # 1 month past 2 y.r.
H Dismissed late Filing.

A. Lamont G. Thomas Vs. City of Aurora, IL. / B. 2000'
C. Lamont G. Thomas — only / D. City of Aurora IL., Police Chief, Officers — Brian, / E. Northern Dist. / F. ? As of 03' Now Presiding Chief Judge - Federal Courts / G. Police Brutality No Medical Attention
H. Settled out of Court $10,000" / H. 2000'
1-2 Others evade my memory as to specifics, I shall subpoena Federal Clerk, for a print out 10 yrs past to date, and will forward same (supplement) later. I'm in County Jail no family no one to research for accuracy
? 1. < L. Thomas V. County of Kane > ? 2. < L. Thomas V. Kane Co IL. > Mid 80's

V.   **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Plaintiff, Lamont G. Thomas, files this cause of action against the herein named defendants, pursuant to 42 U.S.C. § 1983 to redress the deprivations under color of law of Plaintiff's rights as secured by the Eighth, Fourteenth and other Amendments of the United States Constitution. This action arises out of a Beating, Due Process of law violations, Denial of medical care and numerous other deprivations of Mr. Lamont G. Thomas (Plaintiff), by various defendants...

2. (Plaintiff) claims the following - Rights, violations - Criminal, Deprivation etc:
A). Police Brutality Excessive force. B). Denial of medical care. C). Police harassment. D). Unlawful Detention - Arrest -. E). Due process of law. F). Intimidation - Threats. G). Loss of Liberty. H). False Trumped-up charges - Reports logged. I) Plaintiff also alleges Assault + Battery" and Theft", for which this court has Subject Matter Jurisdiction:

3. JURISDICTION AND VENUE: The Jurisdiction of this Honorable Court is established pursuant to 28 U.S.C. §1331.

4. VENUE: is proper - Northern District of Illinois pursuant

To 28 U.S.C. §1391(b). All Parties reside in this Judicial District, and all events complained of occurred in this District.

## — PARTIES —

5. "Plaintiff, Lamont G. Thomas, is a citizen and resident of the state of Illinois."

6. "Defendant(s) City of Aurora, IL", and County of Kane, IL." are local government entities, operating under and by virtue of the Laws of Illinois.

7. Defendant "Ma. Lawler" was at all relevant times City of Aurora's Chief of Police; upon further belief John Doe, is a citizen and resident of IL. Lawler; is sued in his OFFICIAL CAPACITY.

8. Defendant(s), officers — Hester, — Beikwiskie, & McCleary were employed as Police officers of the Aurora Police Dept. They are citizens and residents of IL. Defendant, Hester," — Beikwiskie and McCleary are being sued in there official and individual capacities.

9. Defendant, Mark Anderson, was a Employee of the City of Aurora, upon belief Anderson is a citizen & resident of Illinois.

## BACKGROUND / FACTS

10. On or about Sept. 10, 2003. I <Plaintiff> was visiting several Down Town Aurora, IL. City offices to obtain help for a disabled lady friend whos house was hit by a car, leaving

10. cont→ her home badly damaged. Emergency crews boarded up Bed room walls, but at 4 am: failed to sheer-up, board-up ground level damage <Raccoons / cats / mice Gardner snakes / and Crickets> had a 9-Ft long entry way int house. On 9/10/03, City Hall, sent me to, two "Places," Property standard Bld, and Fire Dept., for help/advise.

11. I eventually stood at a Door-way at the Aurora, Central Fire Station, on N. Broadway, and W. Spring St, Aurora, Il. waiting to speak with some ranking employee(s), as Fire Dept. Boards-up Bld: etc:

12. It should be noted that upon being awarded a civil settlement from City of Aurora, in 2000' I avoided the Down Town area, due to Police harass-ments by vengful Police, who promised revenge etc; and to my horror, a Officer Hester, a well known <training day the movie bad cop> Bully-Racist Cop drove up to me exhited his patrol with his hand on the Gun-Butt, and while useing Racial slure voice commands orders me to first freeze, then walk back words to him <All This, happenes at fire Dept Drive-way>. Approx 3:30 pm 9/10/03. 80° clear day.

* 13. Hester, states well well, lamont GAY Thomas, I got your Black ass now. Hester then forces me. <by shoves / pushes> to the Rear of his squad and commences to search my person without my Consent. or Probable Cause — warrent.

-8-

P. 9.

★ 14. I repeatedly asked Officer Hester, to leve me alone, to stop searching my pockets, to stop searching my cloths-pants- were he Hester Rudelly Pulled out-+-Down my under pants, exposing my Buttox-Genitals to The Publics View. Hester eventually, Searches my Wallet, extereded Items, one being my Lawyers Ascertion of Rights Card That Forwhich He <Hester> Tossed / Refused to Adhear too Dspite my Repeted Pleadings.

★ 15. Hester Then Rens my wallets I.D. Info -) Into Dispatch Who eventually Replied "NO-WARENTS NO WANTS CLEAR", Shows Parole status. I asked to be allowed to leve the area, to be Afforded A lawyer, to have Hester Call A Area 1 or 2, Patrol-Superviser whos Job It Is to Assess Citizens Complints and to Discourege Police Misconducts. Hester told me The only person He was Going to Call was my Parole officer, For Violation.

★ 16. Hester, Then Hand-Cuffed me -From- behind my Back and Slands me over the Trunk of his Squad.

17. Hester, -officer- Then Converstes with Dispatcher Who states Agein A City of Aurora BIO, Had A Homeless Man Inside It Several Blocks Away Hester having No Probable Cause to Detain me or Restrict my Liberty Started A number of Police Audio Transmisions, as to Description of

-9-

17. Cont→ OF ALLEGED VAGRANT, etc: ⟨I have never been -nearest- (homeless)⟩

18. I told Hester that I wanted to walk 6 Blocks to the Aurora Police Depts. Annex Station on Root St. or across the River to Main Station, to File Complaints and to Voluntarily Wait for the Completion of his Church Unlawful Detention, and to call an Attorney. Denied me by Hester.

*19. Officer Hester, stated, That because of ASS-holes Like -me- "you" Thumps, I'm Still a patrol Officer at #50 something. You Sued me, and other Officers, We have a Pool, The winner Gets It # ⟨cash⟩ He who Collars a Felony on Your Black-Ass..

20. Hester Went on to Say / Threaten-Intimidate me by Threatening to Drive me to McCarthy Park Area ⟨where Drugs Addicts & winos hang-out⟩ And Take Some Dope and Plant It on my Black Ass, As he Hester was Just up that way and whiskey Bottles and Dope Bags of Crack were tossed aside.
— Plaintiff Did nothing to Prove These Threats —

*21. Around this Time, paddy-wagon Driver, Officer Belviskie, Arrived at Fire Station Drive way. He and Hester were heard to Consort / Conspire to Play Good Cop Bad Cop to Trick me into Confessing to a Possible Theft/Bur--glary or Tell who Did same.

*22. Hester started striking me From behind with his Fore--arms and Fists, About my upper torso AND head-Neck.

-10-

22 Cont→) While Officer Belwiskie, Judo Twisted my hand-fingers, and pulled my hair, Both used Racial slurs. I was Hand-cuffed and Defenseless to Defend myself. I was being tortured, while being ordered to talk.

23. Police Dispatcher, advised Hester and Belwiskie that Officer McCleary would be arriving with a city employee witness, not the several ladies that "First" saw/spoke to Vagrant -alledged-, but their Boss a MARK ANDERSON, Director of B/O.

★ 24. By use of Excessive Force, Officers Hester and Belwiskie, forced me to be viewed by Anderson, against my will, and by pulling of my hair / like in Wrestling my torso, neck, and arms sustained injuries:

★ 25. Officers Hester, Belwiskie, and McCleary consorted - Conspired amonst themselves -To- Cover-up, Hesters, and Belwiskies behvr/detmnr, unlawful acts. McCleary Agrees. Officer Belwiskie then took me to Jail, threatly so:

★★ 26. City employee MARK ANDERSON, gave perjured, coherced, Testimonies, <motion to suppress hereinos> and was heard by Plaintiff, at scene of arrest, forced witness show-up. That police could count on him to discourage the 3-4 ladies (city workers), that eventually sought his advise to not give statements. That he MARK Anderson would help you guys <cops> put the black guy in Jail, But Anderson said I don't want to appear at a Trial -Bible swearing etc.> Hester assures him I would plea bargin - no Trial.

★ 27. I have subpoenaed Police Radio Dispatchers

-11-

27 (con't)
TRANSMISSION TAPES / AND POLICE STATIONS BOOKING AREA, SURVIELANCE TAPES, That clearly proves that Police acted in violation of my Due Process of Law Guarentees, That clearly shows Actual Jailed, were chief of Police bruyses + his employees REFUSED me Medical care, unless I first agreed. to be Printed and Photographed, Dispote my being Severely Injureied in Paw, <Please Remember, No evidence of a crime nor any type of charges were lodged cops That Both have Committed misconduct — Illegal acts, In recent Past against me were for nearly #45 minutes, still were, looking <HARD> For a Way(s) to Trump-up evidence, Charges, Police Reports I have Audio tapes / Video tapes / Medical Records/ and Trump-up Police Reports.>

\* 28. It should also be noted, That -officer- Hester and Belwinskie, Both Solicited officer McCleavy to be The officially logged arresting officer, As they — Hester and Belwinskie, had previously (years past) been sued or, Cause Police Dept. To investigate Them, and since we kind of kicked his Ass, he mite Complain So resisting an officer's charge(s) will cover That. Officer McCleavy agreed, Mr. Mark Anderson, stated IF asked, I didn't see anything. -9/10/03-

\* 29. Plaintiff, had "50" Plus <Fifty> Dollars on his <my> (9-10-03) person, but upon Transfer to Kane County Jail The next (Stolen $.) morning, no funds were said to be in my Property Bags, Dispite my #300°° watch + other Valuables being in

—12—

P. 13

-Documents-

29. Cash Bag, My Property Receipt, processed by officer Beiwiskie, (Transport,) and Booking cadets, clearly shows/recorded funds, most was in change rolls, no one wanted to count it, someone did, and scribbles amount on booking forms. To date no one has found or replaced my money(s). No replies to my grievances--complaints have been afforded me by Aurora police dept. Hench, I subpoenaed booking videos, documents, audio tapes for this courts/jurys reviews...

* 30. Plaintiff, had the trumped-up/false-misleading/cover-up charges of A) Theft, Cl-3. B) Theft, Cl-4. C) Crim Tress Pass. D) Resisting Arrest/officer were lodged against him by Hester, Beiwiskie and McClosey, who concerted/conspired to rail-road me to prison.

* 31. Plaintiff files several Pro-Se Motions/Litigations in circuit court (Case No. 03 CF 1877) and in response to my motion to dismiss the false, trumped-up crim-tresspass, the court agreed, and granted my motion upon a showing that police/with state actors knowing/intentional help, charged me with tress pass to a city of Aurora side-walk: not a crime:

* 32. County of Kane's/state actors, in response to my numerous circuit court clerk files, motions/grievances/complaints, citing amongst other thing, prosecutors offices, civil and criminal divisions, malicious prosecution of me, are there (state actors) personally-intentionally, useing

13

P-14

32. Cont-) Their office/Position of Authority to vent Personnel Vendettas/Harassments/ to Cover-up obvious Police False - Trumped up Lodged Charges of Resisting/ Tress-Pass - Theft.

#33. Plantiff, Contends That State Actors <to be named — County of Kane — later - Amended Complaint> made a Conscious Decision to Violate Rule 3.8.(a) Special Responsibilities of a Prosecutor(s), to the Point of Approving False, Trumped-up Charges. <A Public Prosecutor or other Government Lawyer shall not, Institute, or Cause to be Instituted criminal or any legal process/charges, when such Prosecutors or Lawyers know or reasonably should know that the charges are not, Supported by Probable Cause.

34. The Police and State Actors who consorted/conspired with each other, later Rushes to Vacate/make Disappear the Trumped-up, False, Resisting a Officer Charge Lodged by Cops/State, to Cover-up Police Beating of a Citizen, on a City Street. This Because I had to be Hospital- ized, for Neck, torso, arms and hand Injuries as a Result of Besters and Belwiskies Acts, to beat a Confession out of me. I was Hand-Cuffed and Defenseless 9/10/03.

35. To add Insult to Injury(s), County of Kane, State Actors, with Aurora Police Depts. Participating did on 10/10/03 #30 Days After Unlawful Arrest/Detention, I Plantiff was Indicted, by State Actors, on Totally New Charges, Amended by State <In Violation of Rule 3.8.(a)> This to Cover-up Further, Distance Rouge Cops from

-4-

P. 15.

35. Cont'd) having to defend the restriction of my liberty and their beating of me. #30 day past. So in fact, unethical state actors, Solicitors office Mc-Closky (not the original), beat me, detain me, jailed me. Cops-Hester (Beiwiskie) to appear before a grand-jury and give misleading, incomplete coherced testimonies, to further cover-up police liabilities - Unlawful acts.

*36. At all times relevant there was/is a practice and custom of County of Kane IL, /and City of Aurora IL, and their employees to beat, mistreat, citizens of Kane Co, City of Aurora, by collectively or individually taking affirmative steps to cover-up wrongful acts.

*37. That Chief of Police Mr. Lawler, in his official capacity promulgates, adopted, condones or put into effect the practice/custom, to beat/mistreat citizens and take steps to cover-up/downplay or deny alligations of police abuse, revenge, retaliation acts.

38. As a result of the Defendants actions, or willful lack there of, (Plaintiff) was injured, deprived of his right to liberty and due process under the law violating (Plaintiffs) Amendment Rights under U.S. Const.

39. Extensive, documented proofs exsists to support each claim made in paragraph ② (two). -circuit- -counts-

40. Plaintiff is still confined in prison, due to Police/State Bad acts. ts - Lamont b. Thomas 5/10/04

## VI. Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Plaintiff says That This honorable Court Enter Judgment Against The Defendants, City of Aurora, County of Kane, Police chief, Hester, Belkwiskie, Aurora IL. McCleary, And Anderson. For Compensatory Damages of (100,000 ea) Punitive Damages of (1,000,000 ea) Attorneys Fees Costs And Any Injunctive or Additional Relief This Court Deems Appropriate. (Jury Trial Please) (Courts leve to Amend Complaint)

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  10Th  day of  MAY , 20 04

Mr. Lamont G. Thomas

_____
(Signature of plaintiff or plaintiffs)

Mr. Lamont G. Thomas
(Print name)

N/A
(I.D. Number)

Mr. Lamont G. Thomas, Kane Co. Jail
777 E. Fabyan Pkwy
Geneva, IL. 60134
(Address)

Revised 4/01

-16-